**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02933-REB-KMT

JEFFREY WEINMAN, as Chapter 7 Trustee for the Bankruptcy Estate of Adam Aircraft,

    Plaintiff,

v.

MORGAN STANLEY SENIOR FUNDING, INC., and
MORGAN STANLEY & CO., INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal Without Prejudice** [#15] filed March 9, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Without Prejudice** [#15] filed March 9, 2011, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated March 10, 2011, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge